IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PORTILLO, | ) No. C 13-4656 LHK (PR) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| WARDEN R. DAVIS, | ) |
| Respondent. | ) |

The court has dismissed this action without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/6/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\HC.13\Portillo656jud.wpd